UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:                                          CHAPTER 7 CASE

James Edward Waalk                CASE NO. 10-46017
Tammy Jane Waalk
                                         ORDER
                 Debtors.
_____

       This case came before the court on the motion of U.S. Bank, N.A., seeking relief from the automatic stay imposed by 11 U.S.C. § 362. Based on the motion and the file,

IT IS ORDERED:

       1.      That movant, its assignees and successors in interest, are granted relief from the automatic stay imposed by 11 U.S.C. § 362 with regard to the mortgage deed dated April 27, 2004, executed by James E. Waalk and Tammy J. Waalk, husband and wife, recorded on May 06, 2004, as Document No. 1920257.0, covering real estate located in Anoka County, Minnesota, legally described as:

       Lot 9, Block 4, Mark's 1st Addition

and may pursue its remedies under state law in connection with the mortgage deed.

       2.      Notwithstanding Fed. R. Bankr. P. 4001(a)(3), this order is effective immediately.

Dated:    October 21, 2010.

                                                         /e/ Nancy C. Dreher
                                                         _____
                                                         Chief United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *10/21/2010*
Lori Vosejpka, Clerk, by KK